IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FIDEL ANTONIO GARCIA and ROSALINA C. GARCIA, <br><br> Plaintiffs, <br> v. <br><br> JPMORGAN CHASE BANK, NA, Successor by merger to Chase Home Finance LLC, <br><br> Defendant. | Civil Action No. 3:11-CV-2771-N-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's *Motion to Dismiss* is **GRANTED,** and the complaint is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 9th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE